```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 40949
    CATHERINE M MORGAN
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-1935


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/04/2004 and was confirmed 12/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  48.45% from remaining funds.

     The case was paid in full 11/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID            PAID
--------------------------------------------------------------------------------
CITI FINANCIAL~              SECURED                   .00          .00             .00
CITI FINANCIAL~              UNSECURED      NOT FILED               .00             .00
AMERICAN EXPRESS TRAVEL      UNSECURED         1895.63              .00          918.45
ECAST SETTLEMENT CORP        UNSECURED             .00              .00             .00
JP MORGAN CHASE BANK NA      UNSECURED OTH      946.19              .00          458.52
WORLD FINANCIAL NETWORK      UNSECURED          761.12              .00          368.77
CAPITAL ONE BANK             UNSECURED      NOT FILED               .00             .00
DISCOVER FINANCIAL SERVI     UNSECURED         3238.20              .00         1568.94
ECAST SETTLEMENT CORP        UNSECURED          324.36              .00          157.16
ECAST SETTLEMENT CORP        UNSECURED         1304.73              .00          632.15
KOHLS                        UNSECURED         1660.07              .00          804.32
NCO FINANCIAL SYSTEMS        NOTICE ONLY    NOT FILED               .00             .00
MARSHALL FIELDS              FILED LATE            .00              .00             .00
RESURGENT ACQUISITION LL     UNSECURED         3829.42              .00         1855.39
RESURGENT ACQUISITION LL     UNSECURED         6676.44              .00         3234.80
TARGET RETAILERS NATIONA     UNSECURED       NOT FILED              .00             .00
WAL MART STORES INC          UNSECURED       NOT FILED              .00             .00
RESURGENT ACQUISITION LL     UNSECURED         6287.24              .00         3046.23
ECAST SETTLEMENT CORP        UNSECURED         2585.08              .00         1252.50
LEGAL HELPERS PC             DEBTOR ATTY      1,600.00                          1,600.00
TOM VAUGHN                   TRUSTEE                                              914.77
DEBTOR REFUND                REFUND                                               467.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              17,279.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                    14,297.23

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 40949 CATHERINE M MORGAN
```

```
ADMINISTRATIVE                                              1,600.00
TRUSTEE COMPENSATION                                          914.77
DEBTOR REFUND                                                 467.00
                                        ---------------   ---------------
TOTALS                                        17,279.00         17,279.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
   Dated: 02/28/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```